IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEROLD AUST and MARY ANN AUST, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 13-00629-KD-B |
| ) | |
| THE TERMINIX INTERNATIONAL ) | |
| COMPANY, LP, TERMINIX ) | |
| INTERNATIONAL, INC., and KEN STROH, ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation (Doc. 27) to which objection (Docs. 31-32) is made, the Report and Recommendation (Doc. 27) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 25, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Plaintiffs' Motion to Remand (Doc. 8) is **GRANTED** and that this case is **REMANDED** to the Circuit Court of Mobile County, Alabama.[1]

**DONE** and **ORDERED** this the **13th** day of **May 2014**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Thus, all other pending motions (Docs. 15, 20, 25) are **MOOT**.